

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-22-00151-CV

IN THE INTEREST OF L.G.C., A CHILD

On Appeal from the 364th District Court
Lubbock County, Texas
Trial Court No. 2015-517,463, Honorable Edward Lee Self, Presiding

October 31, 2022

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Charles Brice Chapman, appeals from the trial court's *Default Order on Petition to Foreclose Child-Support Lien*. Appellant's brief was due September 30, 2022, but was not filed. By letter of October 10, 2022, we notified appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by October 20. To date, appellant has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam